William C. Reeves
State Bar No. 8235
MORALES, FIERRO & REEVES
600 S. Tonopah Drive, Suite 300
Las Vegas, NV 89106
Telephone: 702/699-7822
Facsimile: 702/699-9455
E-mail: wreeves@mfrlegal.com

Attorneys for Plaintiff
Zurich American Ins. Co.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZURICH AMERICAN INS. CO., | Case No.: 2:25-cv-00240-CDS-BNW |
| Plaintiff | **STIPULATION AND ORDER RE: DISTRIBUION OF INTERPLED SUMS** |
| v. | [ECF No. 38] |
| AUSTIN CHAVERS, et al. | |
| Defendants | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The parties, by and through counsel, stipulate and agree as follows:

WHEREAS, Plaintiff Zurich American Insurance Company ("Plaintiff") issued an auto policy assigned Policy No.: BAP 0297373-07 (effective 06/01/23-06/01/24) ("Policy") written with a limit of $1,000,000 ("Policy Limit");

WHEREAS, this matter is an interpleader action Plaintiff filed due to competing Uninsured Motorists Claims ("UM Claims") made under the Policy in connection with a January 24, 2024 vehicle accident ("Accident");

WHEREAS, Plaintiff named the following potentially interested individuals as defendants in this suit:

- • Austin Chavers
- • Thomas Delao
- • Curtis Edge

- Jacob Gietler

- Matthew Hayes

- Andres Lopez

- Jacob Marden

- Samantha Nunez

- Abai Ormond a/k/a/ Abai Toung

- Kody Padilla

- Reyna Pinkston

- Frederick Richardson

- Debora Schantz

- Nathan Schmidt

- Jason Sheehan

WHEREAS, all Defendants have appeared in this case through counsel except Edge, Schantz and Schmidt;

WHEREAS, Edge, Schantz and Schmidt were each properly served and have failed to timely appear in the case. *See* Dkt. Nos. 30-32;

WHEREAS, an agreement has been reached by and between counsel for the Plaintiff and Defendants that have appeared in the case to divide and allocate the Policy Limit;

WHEREAS, Plaintiff is amenable to distribute the Policy Limit to the Defendants that have appeared in the case per an agreed-upon allocation on condition that all interests of all Defendants as to the Policy and the Policy Limit are extinguished and terminated;

WHEREFORE, the parties agree, subject to this Court's approval, as follows:

1.    The Policy Limit shall be allocated as follows:

| | |
|---|---|
| Delao | $229,658.41 |
| Pinkston | $151,814.83 |
| Ormond | $108,265.34 |
| Hayes | $84,560.60 |
| Sheehan | $79,857.21 |
| Nunez | $72,598.22 |
| Chavers | $67,432.70 |
| Richardson | $56,404.68 |
| Beitler | $43,973.85 |

2

ORDER                                                                  Case No.: 2:25-cv-00240-CDS-BNW

| | |
|---|---|
| Marden | $39,620.12 |
| Padilla | $34,399.01 |
| Lopez | $17,283.89 |
| American Zurich (Lien) | $14,131.14 |

2.      Plaintiff's obligation to issue payment only arises once payment information, including a W-9 are provided for each payee listed above.

3.      Any Defendant receiving any sums agree to be solely responsible for any and all subrogation claims and/or liens against the settlement amount paid pursuant to this Order, and agree to defend, indemnify and hold Plaintiff harmless for any and all claims by other subrogees or lien holders upon proper tender.

4.      By virtue of the allocation, any and all rights of each Defendant as to the Policy and the Policy Limit in connection with the Accident are extinguished and terminated, including the rights of Edge, Schantz and Schmidt.

5.      The instant matter shall be dismissed with prejudice with all parties bearing their own fees and costs.

IT IS SO AGREED.

Dated: February 7, 2026

MORALES FIERRO & REEVES                    ERIC ROY LAW FIRM


By:___/s/ William C. Reeves_____          By:___/s/ Daniel Cantor_____
      William C. Reeves                                       Daniel Cantor
      Attorneys for Plaintiff Zurich                       Attorneys for Defendant Delao

LADAH LAW FIRM                                    FLANGAS CIVIL LAW FIRM, LTD


By:___/s/ Joseph C. Chu_____        By:___/s/ Thomas Fronczek_____
      Joseph C. Chu                                           Thomas Fronczek
      Attorneys for Defendants Chavers,              Attorneys for Defendant Lopez
      Marden, Padilla, Pinkston and Sheehan
                                                                     .

LAW OFFICES OF KRISTIAN LAVIGNE      THE FIRM


By:___/s/ Kristian Lavigne_____        By:___/s/ Preston Rezaee_____
      Kristian Lavigne                                       Preston Rezaee
      Attorneys for Defendant Ormond                Attorneys for Defendants Hayes,
                                                                     Nunez, Richardon, Beitler

ORDER

The Court, having considered the stipulation of the parties and good cause appearing, orders as follows:

1.   The Policy Limit will be allocated as follows:

| | |
|---|---|
| Delao | $229,658.41 |
| Pinkston | $151,814.83 |
| Ormond | $108,265.34 |
| Hayes | $84,560.60 |
| Sheehan | $79,857.21 |
| Nunez | $72,598.22 |
| Chavers | $67,432.70 |
| Richardson | $56,404.68 |
| Beitler | $43,973.85 |
| Marden | $39,620.12 |
| Padilla | $34,399.01 |
| Lopez | $17,283.89 |
| American Zurich (Lien) | $14,131.14 |

2.   Plaintiff's obligation to issue payment only arises once payment information, including a W-9, are provided for each payee listed above.

3.   Any defendant receiving any sums agree to be solely responsible for any and all subrogation claims and/or liens against the settlement amount paid pursuant to this order, and agree to defend, indemnify and hold the plaintiff harmless for any and all claims by other subrogees or lien holders upon proper tender.

4.   By virtue of the allocation, any and all rights of each defendant as to the Policy and the Policy Limit in connection with the Accident are extinguished and terminated, including the rights of Edge, Schantz, and Schmidt.

5.   The instant matter is dismissed with prejudice with all parties bearing their own fees and costs. The Clerk of Court is kindly instructed to close this case.

Dated: February 17, 2026

_____
United States District Judge

ORDER                                                               Case No.: 2:25-cv-00240-CDS-BNW